| IP ADDRESS | DATE/TIME (UTC) | ISP |
|---|---|---|
| 173.26.146.237 | 4/17/2012 4:51 | Meidcacom |
| 216.80.26.142 | 6/20/2012 16:39 | RCN Corpor |
| 69.47.211.78 | 5/7/2012 19:30 | WideOpenV |
| 74.199.46.178 | 3/10/2012 1:57 | WideOpenV |
| 75.132.145.95 | 2/20/2012 17:01 | Charter Co |

  Communications Corp.
ration
West
West
mmunications