# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GUAVA LLC, <br><br> Plaintiff, <br><br> v. <br><br> Does 1-5, <br><br> Defendants. | CASE NO. 1:12-cv-8000 <br><br> Judge: Hon. John W. Darrah <br><br> Magistrate Judge: Hon. Young B. Kim |

## PLAINTIFF'S NOTICE OF ERRATA TO NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that as the result of an inadvertent scrivener's error, Plaintiff's Notice of Dismissal of a Certain Doe Defendant mistakenly dismisses all causes of action in the complaint against the Doe Defendant associated with the Internet Protocol address 71.92.65.184. (ECF No. 6.) Plaintiff intended to dismiss all causes of action in the complaint against the Doe Defendant associated with the Internet Protocol address 75.132.145.95. Apologies to the Court for any inconvenience caused.

Respectfully submitted,

Guava LLC

**DATED:** November 20, 2012

By: /s/ Paul A. Duffy
PAUL A. DUFFY (D.C. Bar #IL0014)
Prenda Law Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 20, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Paul A. Duffy
Paul A. Duffy, Esq.