# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8000 | **DATE** | 12/5/2012 |
| **CASE TITLE** | Guava, LLC v. Does 1-5 | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling on motion hearing held. Plaintiff's motion for discovery is denied without prejudice with leave to re-file [5]. Status hearing set 1/30/13 at 9:30 a.m. Rule 26(a)(1) disclosures to be exchanged by 1/4/13.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|