**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GUAVA LLC, | CASE NO. 12-cv-8000 |
| Plaintiff, | |
| v. | Judge: Hon. John W. Darrah |
| Does 1-5, | Magistrate Judge: Hon. Young B. Kim |
| Defendants. | **NOTICE OF PLAINTIFF'S AMENDED *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |

**NOTICE OF PLAINTIFF'S AMENDED *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

PLEASE TAKE NOTICE that on December 12, 2012 at 9:30 a.m. the undersigned shall appear before the Honorable United States Judge John W. Darrah. in Courtroom 1203 at 219 South Dearborn Street, Chicago, IL and shall then and there present Plaintiff's Amended *Ex Parte* Application For Leave To Take Expedited Discovery.

Respectfully submitted,

Guava LLC.

**DATED:** December 6, 2012

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*