# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

GUAVA, LLC                                          12-CV-8000

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN DOE 173.26.146.237

**FILED**
DEC - 5 2012
Dec. 5, 2012
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

| NAME (Type or print) |
|---|
| ERIN KATHRYN RUSSELL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| THE RUSSELL FIRM |
| STREET ADDRESS |
| 233 S. WACKER DRIVE 84TH FLOOR |
| CITY/STATE/ZIP |
| CHICAGO IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287255 | 312-994-2424 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | (YES) | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | (NO) |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | (NO) |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | (YES) | NO |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL          APPOINTED COUNSEL