**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GUAVA LLC, | |
| Plaintiff, | CASE NO. 12-cv-8000 |
| | Judge: Hon. John W. Darrah |
| v. | |
| | Magistrate Judge: Hon. Young B. Kim |
| Does 1-5, | |
| Defendants. | **AMENDED NOTICE OF PLAINTIFF'S AMENDED *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |

**AMENDED NOTICE OF PLAINTIFF'S AMENDED *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

PLEASE TAKE NOTICE that on January 8, 2013 at 9:30 a.m. the undersigned shall appear before the Honorable United States Judge John W. Darrah in Courtroom 1203 at 219 South Dearborn Street, Chicago, IL and shall then and there present Plaintiff's Amended *Ex Parte* Application For Leave To Take Expedited Discovery.

Respectfully submitted,

Guava LLC.

**DATED:** December 11, 2012

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*