# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8000 | **DATE** | 1/8/2013 |
| **CASE TITLE** | Guava, LLC v. Does 1-5 | | |

**DOCKET ENTRY TEXT**

In court hearing held. Plaintiff's amended ex parte application for leave to take expedited discovery [10] is entered and briefed as follows: response by 2/7/13, reply by 2/21/13. Status hearing set for 1/30/13 is re-set to 4/25/13 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|