# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8000 | **DATE** | 4/9/2013 |
| **CASE TITLE** | Guava, LLC v. Does 1-5 | | |

**DOCKET ENTRY TEXT**

Ruling on motion hearing held. Plaintiff's motion to strike [19] defendant's response is denied. Defendant's motion for an extension of time to file a response is granted [21]. The briefing schedule re: Plaintiff's amended ex parte application for leave to take expedited discovery [10] is amended as follows: a response is on file and it is deemed timely, a reply is due by 4/18/13. Status hearing set for 4/25/13 is re-set to 6/27/13 at 9:30 a.m. for ruling.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|